435 A.2d 244

Commonwealth v. Jennings, Appellant.

Submitted November 14, 1980. James A. Stranahan, IV, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated December 31, 1979 is affirmed.